> Dismissal with prejudice acknowledged.
> JRS, DJ, 4/15/2020
> Distribution to all parties of record via CM/ECF.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VIONA WAWERU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIFTH THIRD BANK and FIRTH THIRD BANCORP,<br><br>Defendants. | Case No. 1:18-cv-02260-JRS-TAB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Viona Waweru, by counsel, voluntarily dismisses this action with prejudice. Defendants have neither answered Plaintiff's complaint, nor filed a motion for summary judgment.

Respectfully submitted,

RILEY WILLIAMS & PIATT, LLC

/s/ *Joseph N. Williams*
Joseph N. Williams (#25874-49)
James A. Piatt (#28320-49)
301 Massachusetts Avenue, Suite 300
Indianapolis, IN 46204
(317) 633-5270
Fax: (317) 426-3348
jwilliams@rwp-law.com
jpiatt@rwp-law.com

*Counsel for Plaintiff*